```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 15272
   FINCH E PETTIS
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-3781


-----------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/23/07 .

   2.  The case was dismissed without confirmation, 11/16/2007.

-----------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
-----------------------------------------------------------------------------
THE BANK OF NEW YORK     CURRENT MORTG           .00            .00            .00
THE BANK OF NEW YORK     MORTGAGE ARRE    NOT FILED            .00            .00
LAKE COUNTY COLLECTOR    SECURED          4379.97              .00            .00
CONSUMERS CO OP          SECURED VEHIC          .00            .00            .00
SOUTHWEST DIVISION CREDI SECURED VEHIC          .00            .00            .00
COMED                    UNSECURED        NOT FILED            .00            .00
NICOR GAS                UNSECURED        NOT FILED            .00            .00
SBC AMERITECH            UNSECURED        NOT FILED            .00            .00
        Summary of disbursements:
-----------------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED       OTHER          TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  4379.97        .00          .00         .00        4379.97
PRINCIPAL PAID          .00        .00          .00         .00            .00
INTEREST PAID           .00        .00          .00         .00            .00
TOTAL PAID              .00        .00          .00         .00            .00
The Debtor's attorney, ROBERT V SCHALLER          , was allowed $   3500.00
and was paid $     16.00   direct and $        .00  through the plan.

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 02/11/08                  /S/
                               GLENN STEARNS
                               CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 07 B 15272 FINCH E PETTIS
```